UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21129-CIV-HIGHSMITH/DUBÉ

**CONSENT CASE**

CLINTON J. MOORE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO STRIKE

THIS CAUSE is before the Court on the Defendant's Motion to Strike Pages 169 - 178 of the Social Security Administrative Proceedings Transcript . (D.E. # 26). After reviewing the motion and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

(1)    The Motion to Strike filed by the Defendant (D.E. #26) is **GRANTED**.

(2)    Pages 169 through 178 of the transcript filed on October 22, 2007 (D.E. #6) are hereby **STRICKEN**.

(3)    The Plaintiff shall have through and including **April 2, 2008** to return to the Defendant, via U.S. Mail, any copies of pages 169 through 178 of the Social Security Administrative Proceedings Transcript filed on October 22, 2007.

(4)    The Defendant shall have through and including **April 4, 2008** to file a supplemental transcript to include substituted pages 169 through 178.

**DONE AND ORDERED** this 31 day of March, 2008.

                                ROBERT L. DUBÉ
                                UNITED STATES MAGISTRATE JUDGE

cc:    Carole M. Fernandez, AUSA (via fax)
        Gary D. Palmer, Esq. (via fax)