UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21129-CIV-HIGHSMITH/DUBÉ

CONSENT CASE

CLINTON MOORE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Order entered by this Court, final judgment is hereby entered in favor of the Defendant, Michael J. Astrue, Commissioner of Social Security and against the Plaintiff, Clinton Moore.

All pending motions are deemed **MOOT** and this case is hereby **CLOSED**.

**DONE AND ORDERED** this ___9___ day of April, 2008.

                      ROBERT L. DUBÉ
                      UNITED STATES MAGISTRATE JUDGE

cc:    Carole M. Fernandez, AUSA
       Gary Palmer, Esq.